**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SEAN BURTON, | : | No. 62 MAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 217 MD |
| | : | 2017 dated August 22, 2017. |
| v. | : | |
| | : | |
| | : | |
| JOHN E. WETZEL (SECRETARY OF | : | |
| CORRECTIONS), | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                                    **September 21, 2018**

   **AND NOW,** this 21st day of September, 2018, the Order of the Commonwealth Court is **AFFIRMED**.